IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CV-06-148-B-W** |
| v. | ) | |
| | ) | |
| **FIVE ASSORTED FIREARMS,** | ) | |
| | ) | |
| **Defendants-in-rem.** | ) | |

## DECREE OF FORFEITURE

WHEREAS, on November 27, 2006, a Verified Complaint for Forfeiture against the defendants-in-rem was filed on behalf of the plaintiff, United States of America, pursuant to the provisions of 18 U.S.C. §§ 922(n) and 924(d) ; and

WHEREAS, it appearing that process was fully issued in this action and returned according to law; and

WHEREAS, on March 1, March 8 and March 15, 2007, notice of this action was published in the Ellsworth American, a newspaper of general circulation; and

WHEREAS, on December 18, 2006, the defendants-in-rem were served with the Verified Complaint for Forfeiture and the Summons and Warrant of Arrest; and

WHEREAS, on January 17, 2007, Shaun Lemoine and Cassandra Lemoine were served with the Verified Complaint for Forfeiture, Notice and the Summons and Warrant of Arrest; and

WHEREAS, on April 2, 2007, Shaun Lemoine and Cassandra Lemoine were defaulted; and

WHEREAS, no other persons or entities have filed a claim, contested or otherwise, to the defendants-in-rem and the time to file a claim has passed;

NOW THEREFORE, on motion of the plaintiff, United States of America for a decree of

forfeiture, it is hereby

**ORDERED, ADJUDGED AND DECREED** that Five Assorted Firearms are hereby forfeited to the United States of America and no right, title or interest shall exist in any other person or entity; and the United States of America will dispose of the forfeited property in accordance with law.

**SO ORDERED,**

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated:  April 18, 2007